[No. 7155-6-I. Division One. June 23, 1980.]

SHELLEY G. THORN, ET AL, *Respondents*, v. GERALD J. THOMPSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 795444, Liem E. Tuai, J., entered October 30, 1978. *Remanded with instructions* by unpublished opinion per Callow, C.J., concurred in by Swanson and Dore, JJ.

[No. 7444-0-I. Division One. June 23, 1980.]

HAROLD K. SMETHURST, *Appellant*, v. EDWARD C. HOLLOWELL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 842203, Eugene G. Cushing, J., entered March 1, 1979. *Affirmed* by unpublished opinion per James, A.C.J., concurred in by Andersen, J., Dore, J., dissenting.

[No. 7545-4-I. Division One. June 23, 1980.]

ESMERALDA HALL BASCUE, *Appellant*, v. M. C. DAVISCOURT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 833272, Jack P. Scholfield, J., entered March 21, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 7709-1-I. Division One. June 23, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY PARISH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88467, Horton Smith, J., entered June 7, 1979. *Affirmed* by unpublished opinion per James, J., concurred in by Callow, C.J., and Durham–Divelbiss, J.